**Order entered September 19, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00983-CV

**FRIEDMAN & FEIGER, L.L.P., Appellant**

**V.**

**DEION L. SANDERS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-02996-2016**

## ORDER

Pursuant to Texas Rule of Appellate Procedure 34.5(c), we **ORDER** Collin County District Clerk Lynne Finley to file, no later than September 23, 2016, a supplemental clerk's record containing a copy of the trial court's July 29, 2016 temporary injunction. To allow appellant an opportunity to cite to the supplemental clerk's record in its brief, we extend the deadline to file appellant's brief on our own motion and **ORDER** the brief be filed no later than September 30, 2016.

/s/    CRAIG STODDART
        JUSTICE